IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONNIE R. JORDAN                                                                                    PLAINTIFF

        v.                  Civil No. 04-2218

RUBEN COLE, Jailer;
BOB ROSS, Sheriff;
ALLEN KAYLOR; and
TERRY REA, Jail Administrator                                                            DEFENDANTS

## **O R D E R**

Pursuant to 28 U.S.C. § 636(c) and Federal Rules of Civil Procedure 73, the parties in this case have consented to jurisdiction by the undersigned. (Doc. 7.) In accordance with the Memorandum Opinion, entered concurrently herewith, defendants' motion (Doc. 9) for summary judgment is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 4th day of January 2006.

                                                  **/s/ Beverly Stites Jones**
                                                  _____
                                                  HON. BEVERLY STITES JONES
                                                  UNITED STATES MAGISTRATE JUDGE